# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case Number: 7:11-CR-30 (HL) |
| | : | |
| **JUNIOR WAYNE HARPER, et al,** | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

The trial of this case, presently scheduled to begin October 11, 2011 in Valdosta, is hereby continued until January 9, 2012. The Court continues this case based on a request by the Defendant's counsel. Accordingly, the Court finds that the ends of justice served by continuing the case outweigh the best interest of the public and the defendants in a speedy trial, and the period of delay occasioned by this Order shall be excluded from computations of time required by the Speedy Trial Act. 18 U.S.C.A. §§ 3161 to 3174.

**SO ORDERED**, this the 26th day of September, 2011.


                                                                          *s/ Hugh Lawson*
                                                                          **HUGH LAWSON, JUDGE**